IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAURICE A. SMITH,

                                      Plaintiff,

     v.

DIEDRA MORGAN, TERESA PETERSON,
JOSH WICHMANN, and GARY HAMBLIN,

                                      Defendants.

ORDER

12-cv-213-slc[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     In an order entered on August 9, 2012, I denied plaintiff Maurice Smith's request for leave to proceed in forma pauperis and dismissed his complaint without prejudice for failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until August 31, 2012, in which to submit a proposed amended complaint addressing the deficiencies explained in the August 9 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case with prejudice. It is now September 12, 2012, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

     Accordingly, IT IS ORDERED that plaintiff Maurice A. Smith's case is dismissed with prejudice. The clerk of court is directed to enter judgment and close this case.

     Entered this 13th day of September, 2012.

                                               BY THE COURT:
                                               /s/
                                               BARBARA B. CRABB
                                               District Judge

---

[1] For purposes of issuing this order, I am assuming jurisdiction over this case.