IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE A. SMITH,

    Plaintiff,

v.

DEIDRA MORGAN, TERESA PETERSON,
JOSH WICHMANN and GARY HAMBLIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-213-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to plead facts sufficient to provide notice of his claim under Fed. R. Civ. P. 8.

_____
Peter Oppeneer, Clerk of Court

9/14/2012
Date