## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE A. SMITH,

     Plaintiff,                                           JUDGMENT IN A CIVIL CASE

v.                                                                  12-cv-213-bbc

DEIDRA MORGAN, TERESA PETERSON,
JOSH WICHMANN and GARY HAMBLIN,

     Defendants.

---

     This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has
been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case with prejudice for plaintiff's failure to plead facts sufficient to provide notice of

his claim under Fed. R. Civ. P. 8.

*Peter Oppeneer*                                            9/14/2012
_____                         _____
Peter Oppeneer, Clerk of Court                                Date